# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 OCT -7  PM 3: 50

CLERK: _____
SO. DIST. OF GA.

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: 4:91CR00176-3 |
| Robert Moss, Jr. | ) |
| | ) USM No: 07798-021 |
| Date of Original Judgment: March 27, 1992 | ) |
| Date of Previous Amended Judgment: November 8, 2012 | ) William Dillard |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ **DENIED.**  ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  November 8, 2012,  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: October 7, 2015

*Judge's signature*

Effective Date: November 1, 2015
*(if different from order date)*

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*